UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: SUBPOENA TO DUTCH
CARIBBEAN RESORTS N.V.,

Petitioner,

Case No. 26-mc-80109-SK

**ORDER REGARDING SERVICE**

Regarding Docket No. 1

On April 10, 2026, Petitioner Dutch Caribbean Resorts N.V. ("Petitioner") filed an application for an Order pursuant to 28 U.S.C. § 1782 to obtain discovery from Wells Fargo Bank, N.A., for use in pending and contemplated foreign proceedings in the Court of First Instance in Sint Maarten. Petitioner is trying to obtain banking information from Antoine Roger Akl ("Akl"), Petitioner's former director of DCR, and from International Commerce and Investment, Inc. ("ICI"), the company for who Akl is the President, Treasurer, and CEO. According to Petitioner, Akl directed a guest who owed money to Petitioner to send the money to Akl's or ICI's account with Wells Fargo, instead of sending it to Petitioner.

Petitioner filed a proof of service that it sent a copy of its application and supporting documents to Wells Fargo. The Court HEREBY ORDERS Petitioner to serve a copy of this Order and Petitioner's application and supporting documents to Akl and ICI by no later than May 7, 2026, and to file a proof of service by no later than May 11, 2026. Petitioner shall also serve a copy of this Order on Wells Fargo by no later than May 7, 2026, and file a proof of service by no later than May 11, 2026.

Petitioner, Wells Fargo, Akl, and ICI shall file a "Consent or Declination to Magistrate

United States District Court
Northern District of California

Judge Jurisdiction"[1] form indicating whether they consent to or decline magistrate judge jurisdiction no later than May 14, 2026.  Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.  Fed. R. Civ. P. 73(b)(2).

If the Court does not have consent of Petitioner, Wells Fargo, Akl, *and* ICI by May 14, 2026, the Court will order the Clerk to reassign this matter to a district judge.

Wells Fargo, Akl, and ICI may file a response to Petitioner's application by no later than May 19, 2026.

**IT IS SO ORDERED**.

Dated: May 4, 2026

SALLIE KIM
United States Magistrate Judge

---

[1] The form is available at https://cand.uscourts.gov/forms/magistrate-judge-consentdeclination-form.

2